IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRINI ENCINIAS, as personal representative of the
ESTATE OF ADONUS R. ENINIAS, deceased,

    Plaintiff

v.

                                                     1:21-cv-01145-KG-SCY

NEW MEXICO CORRECTIONS DEPARTMENT,
CENTURION CORRECTIONAL HEALTHCARE
OF NEW MEXICO, LLC, MHM HEALTH
PROFESSIONALS, INC., DR. DIGNA CRISTINA
CRUZ-GROST, DR. JAMES DILLON, DR. JAVIER
VERA, DR. JOSE ANDRADE, ISABELLE DOMINGUEZ,
CHRIS MAURER, BEVERLY WOODBURY, AND
DAVID TITO VIDAL,

    Defendants.

## STIPULATED ORDER DISMISSING WITH PREJUDICE MHM HEALTH PROFESSIONALS, LLC, DR. DIGNA CHRISTINA CRUZ-GROST, DR. JAMES DILLON, DR. JAVIER VERA, AND DR. JOSE ANDRADE

THIS MATTER came before the Court on a Joint Motion to Dismiss With Prejudice filed by Plaintiff Trini Encinias, as personal representative of the Estate of Adonus R. Encinias, deceased, and Defendants MHM Health Professionals, LLC, Dr. Digna Christina Cruz-Grost, Dr. James Dillon, Dr. Javier Vera, and Dr. Jose Andrade. The Court read the Motion, noted that it was not opposed, noted that the non-moving Defendants stipulated to dismissal with prejudice of the moving Defendants, and otherwise informed itself in the premises. The Court FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Second Amended Complaint (Doc. 45) shall be, and hereby is, DISMISSED WITH PREJUDICE against MHM Health Professionals, Dr. Cruz-Grost, Dr. Dillon, Dr. Vera, and Dr. Andrade;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims or causes of action brought in, or that could have been brought in, Plaintiff's Second Amended Complaint (Doc. 45) shall be, and hereby are, DISMISSED WITH PREJUDICE against MHM Health Professionals, Dr. Cruz-Grost, Dr. Dillon, Dr. Vera, and Dr. Andrade; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party is to bear its own costs and fees in connection with the matters decided herein.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

ORDER PREPARED BY:

PARK & ASSOCIATES, LLC

*/s/ Geoffrey D. White*
Geoffrey D. White
*Counsel for Centurion Correctional Healthcare of New Mexico, LLC, Dr. Digna Christina Cruz-Grost, Dr. James Dillon, Dr. Javier Vera, and Dr. Jose Andrade*
3840 Masthead Street, N.E.
Albuquerque, NM 87109
 (505) 246-2805
gwhite@parklawnm.com


AGREED AS TO FORM:

COLLINS & COLLINS, P.C.


*Approved via email 11/03/22*
Alysan Boothe Collins
Parrish Collins
P.O. Box 506
Albuquerque, NM 87103
alysan@collinsattorneys.com
parrish@collinsattorneys.com

-and-

SANDOVAL FIRM

Richard A. Sandoval
1442-D South St. Francis Drive
Santa Fe, NM 87505
rick@sandovalfirm.com
*Counsel for Plaintiff Trini Encinias, as personal representative of the Estate of Adonus R. Encinias, deceased*

LAW OFFICE OF MARY T. TORRES

*Approved via email 11/03/22*
Mary T. Torres
201 Third St. NW, Suite 500
Albuquerque, N.M. 87102
(505) 944-9030
*Counsel for New Mexico Corrections Department, Isabelle Dominguez, Chris Maurer, Beverly Woodbury, and David "Tito" Vidal*

3