## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TRINI ENCINIAS, as personal representative of the
ESTATE OF ADONUS R. ENINIAS, deceased,

     Plaintiff

v.

                                                               1:21-cv-01145-KG-SCY

NEW MEXICO CORRECTIONS DEPARTMENT,
CENTURION CORRECTIONAL HEALTHCARE
OF NEW MEXICO, LLC, MHM HEALTH
PROFESSIONALS, INC., DR. DIGNA CRISTINA
CRUZ-GROST, DR. JAMES DILLON, DR. JAVIER
VERA, DR. JOSE ANDRADE, ISABELLE DOMINGUEZ,
CHRIS MAURER, BEVERLY WOODBURY, AND
DAVID TITO VIDAL,

     Defendants.

## STIPULATED ORDER DISMISSING WITH PREJUDICE
## CENTURION CORRECTIONAL HEALTHCARE OF NEW MEXICO, LLC

THIS MATTER came before the Court on a Joint Motion to Dismiss With Prejudice filed
by Plaintiff Trini Encinias, as personal representative of the Estate of Adonus R. Encinias,
deceased, and Defendant Centurion Correctional Healthcare of New Mexico, LLC. The Court
read the Motion, noted that it was not opposed, noted that the non-moving Defendants stipulated
to the dismissal with prejudice, and otherwise informed itself in the premises. The Court FINDS
that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Second
Amended Complaint [Doc. 45] shall be, and hereby is, DISMISSED WITH PREJUDICE against
Centurion Correctional Healthcare of New Mexico, LLC;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims or causes of
action brought in, or that could have been brought in, Plaintiff's Second Amended Complaint [Doc.
45] shall be, and hereby are, DISMISSED WITH PREJUDICE against Centurion Correctional
Healthcare of New Mexico, LLC; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party is to bear

its own costs and fees in connection with the matters decided herein.

IT IS SO ORDERED.

_____
UNITED STATED DISTRICT JUDGE

ORDER PREPARED BY:
PARK & ASSOCIATES, LLC
*/s/ Geoffrey D. White*
Geoffrey D. White
*Counsel for Centurion Correctional Healthcare of New Mexico, LLC*
3840 Masthead St., NE
Albuquerque, NM 87109
(505) 246-2805
gwhite@parklawnm.com

AGREED AS TO FORM:
COLLINS & COLLINS, P.C.
*Approved via email 11/07/22*
Alysan Boothe Collins
Parrish Collins
P.O. Box 506
Albuquerque, NM 87103
alysan@collinsattorneys.com
parrish@collinsattorneys.com AND

SANDOVAL FIRM
Richard A. Sandoval
1442-D South St. Francis Drive
Santa Fe, NM 87505
rick@sandovalfirm.com
*Counsel for Plaintiff Trini Encinias, as personal representative of the Estate of Adonus R. Encinias, deceased*

LAW OFFICE OF MARY T. TORRES
*Approved via email 11/08/22*
Mary T. Torres
201 Third St. NW, Suite 500
Albuquerque, N.M. 87102
(505) 944-9030
*Counsel for New Mexico Corrections Department, Isabelle Dominguez, Chris Maurer, Beverly Woodbury, and David "Tito" Vidal*