IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRINI ENCINIAS, as personal representative of the
ESTATE OF ADONUS R. ENCINIAS, deceased,

    Plaintiff,

v.                                            Case No. 21-cv-1145 KG/SCY

NEW MEXICO CORRECTIONS DEPARTMENT, and
ISABELLE DOMINGUEZ, CHRIS MAURER,
BEVERY WOODBURY, TITO VIDAL, in their
individual capacities,

    Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order dismissing all claims with prejudice, (Doc. 67), filed March 2, 2023, all claims against all Defendants are hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE