IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRINI ENCINIAS, as personal representative of the
ESTATE OF ADONUS R. ENCINIAS, deceased,

    Plaintiff,

    v.

NEW MEXICO CORRECTIONS DEPARTMENT,
and ISABELLE DOMINGUEZ, CHRIS MAURER,
BEVERLY WOODBURY, TITO VIDAL, in their
individual capacities,

    Defendants.

Case No. 1:21-cv-01145-KG/SCY

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff, Trini Encinias, as personal representative of the Estate of Adonus R. Encinias, deceased, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum Opinion and Order (Doc. 67) and final Judgment (Doc. 68) granting Defendants' Motion to Dismiss entered in this action on March 2, 2023 .

Dated: April 3, 2023

Respectfully submitted,

COLLINS & COLLINS, P.C.

*/s/ Parrish Collins*
Parrish Collins
P. O. Box 506
Albuquerque, NM  87103
(505) 242-5958
parrish@collinsattorneys.com

*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 3, 2023, the foregoing document was filed with the Clerk of the Court via the CM/ECF system, causing it to be served on all counsel of record.

                                                */s/ Parrish Collins*
                                                PARRISH COLLINS